Without Objection, Motion Granted.

So Ordered.

/s/ James G. Carr
Sr. U.S. District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| TYSON BOQUETTE | ) | |
| | ) | Case No.: 3:18-CV-02762 |
| Plaintiff, | ) | |
| | ) | Judge James G. Carr |
| v. | ) | |
| | ) | |
| CSX TRANSPORTATION, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE**

NOW COMES Plaintiff, by and through the undersigned counsel, and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) hereby dismisses the action herein without prejudice. See *D.C. Electronics, Inc. v. Narton Corp.,* 511 F.2d 294 (6th Cir. 1975); *Aamot v. Kassel,* 1 F.3d 441 (6th Cir. 1993); *Aleman v. Hudson*, 2008 U.S. Dist. LEXIS 23399 (N.D. Ohio 2008).

/s/ *Andrew J. Thompson*
Andrew J. Thompson (0071530)
Neal E. Shapero (0009426)
Abby L. Botnick (0078370)
SHAPERO | ROLOFF CO., LPA
U.S. Bank Centre
1350 Euclid Ave., Suite 1350
Cleveland, OH 44115
T: (216) 781-1700
F: (216) 781-1972
athompson@shaperoroloff.com
nshapero@shaperoroloff.com
abotnick@shaperoroloff.com

*Attorneys for Plaintiff Tyson Boquette and the Class*

CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of March, 2019, the forgoing *Plaintiff's Notice of Dismissal Without Prejudice* is being electronically filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                 */s/ Andrew J. Thompson*
                                                 Andrew J. Thompson, Esq.